JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Ave., Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT, SHERIFF ALEX VILLANUEVA, ASSISTANT SHERIFF
BRENDAN CORBETT, MATTHEW VANDER HORCK, SERGIO ALOMA
and E. KIM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. MALLOY,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX VILLANUEVA, etc., et al.,<br><br>Defendants. | Case No. 2:22-cv-04836 CAS(PDx)<br>Case No. 2:22-cv-03467-CAS-(PDx)<br><br>Honorable Christina A. Snyder<br><br>**STATUS REPORT RE: SETTLEMENT**[1] |
| SAMMY NEWMAN and ANTONIO RINCON, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>Defendants. | |

---

[1] This Status Report was due on October 21, 2024. Defendants' counsel's computer network was the subject of a security breach / hacking attempt on the morning of October 21, 2024, which shut down all access to Defendants' counsel's computer infrastructure. Defendants' network access was only restored on the evening of October 22, 2024. Defendants' counsel spoke with the

1

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR
ATTORNEYS OF RECORD:

The parties submit the following Status Report regarding the status of
settlement negotiations in this matter and specifically, the status of Defendants'
preparation of a longform Settlement Agreement documenting the parties'
agreement. (Dkt. 45.) Specifically, the parties reached a settlement in this case
on July 1, 2024 with the assistance of Antonio Piazza. Thereafter, Defendants
agreed to prepare a long-form settlement agreement and provide it to counsel for
Plaintiffs for their review, revisions (if necessary), and execution.

Defendants' counsel has been in the process of drafting the longform
settlement agreement, which includes an agreement between the parties to
stipulate to class certification for purpose of the settlement of the *Newman*
Plaintiffs' claims. Drafting the longform agreement has been more complicated
than Defendants' counsel anticipated, and taken longer than expected.[2] As an
initial matter, because the settlement agreement includes a stipulation between the
parties for class certification, approval of the draft language has required
consultation with various client representatives from within the County of Los
Angeles and the Sheriff's Department, who must approve the agreement to certify
a class along with the details thereof.

---

Courtroom Deputy Clerk on the afternoon of October 21 and was told that this
report could be filed by today, October 23, 2024.

[2] Defendants' counsel anticipates that Plaintiffs' counsel will state that drafting
the long form agreement has taken longer than it should have. Defendants'
counsel does not necessarily dispute this contention; however, given the class
certification issue and the other reasons for the associated delay set forth herein,
Defendants' counsel respectfully requests both Plaintiffs' counsel and the Court's
patience. Defendants' counsel is prioritizing the final edits to the agreement and
anticipates being able to provide the draft to Plaintiffs' counsel within the next
week to ten days at the most.

In addition to the complications caused by the class certification component of this settlement, in addition, Defendants' counsel has been actively working on two other class actions cases, one of which has settled and is in the process of implementation of injunctive relief terms, and the other of which is actively being litigated. These two other matters have also impacted Defendants' counsel's ability to finalize the longform agreement in this matter.

Finally, finalization of the long form agreement has also been impacted by certain health issues with Defendants' counsel's family. Specifically, Defendants' counsel's wife was in an accident approximately a month ago, and suffered significant burns. Addressing counsel's wife's health issues has also taken up considerable time and energy. If the Court would like further details regarding this issue, Defendants' counsel is willing to submit a declaration under sealfor the Court's in camera review.

- ● *Newman* **Plaintiffs' Additional Statement.**[3]

Counsel for the *Newman* Plaintiffs requests that the Court impose deadlines for both Defendants' completion of the longform settlement agreement and approval by the County Board of Supervisors. In Plaintiffs' counsel's view, there has been an unacceptably long delay in obtaining a longform settlement agreement. More than four months have elapsed since the parties reached a tentative settlement. Even after Defendants' counsel finishes preparation of the settlement agreement (estimated 7-10 days from today), the motion for preliminary approval of the settlement cannot be presented to the Court until *after* the settlement agreement is approved by the Los Angeles County Board of Supervisors, a process that typically takes 8-12 months, provided there are no delays. Assuming the motion for preliminary approval is filed immediately after

---

[3] Counsel for the *Newman* Plaintiffs requested that this section be added to the Parties' Status Report.

the Board approves the settlement, and is promptly approved by the Court, notice to class members will not likely occur for another 10-14 months.

● ***Malloy* Plaintiff's Additional Statement.**[4]

Counsel for the *Malloy* Plaintiff does not concede that the Los Angeles County governmental settlement approval should take 12 months, or even 6 months. Recently, District Judges in this District have employed various means to streamline the Los Angeles County settlement process, including notifying the defendants that default judgments will be entered. Plaintiffs' counsel have notified counsel for the defendants that such measures will be sought in this case should the settlement process not be consummated in a reasonable period of time.

● **County Defendants Response Regarding Plaintiffs' Additional Statements.**

Defendants' counsel is committed to finalizing the longform agreement and, once it is completed and executed, it can and will be submitted to the County's internal claims approval process. Defendants' counsel is investigating whether a stipulation for class certification and be submitted to the Court for review and approval independent of the settlement agreement. Given the amount of the settlement, pursuant to statutory requirements, this case must be reviewed by both the Los Angeles County Claims Board and the Los Angeles County Board of Supervisors. All efforts can and will be made to complete that process as quickly and efficiently as possible, but Defendants object to any hard deadlines associated with said review and potential approval.

---

[4] Counsel for the *Malloy* Plaintiffs requested that this section be added to the Parties' status report.

4

In conclusion, Defendants' counsel is finalizing the long form agreement and anticipates providing the draft to counsel for Plaintiffs within the next week to ten days at the most.  Once Plaintiffs' counsel reviews the draft and executes it, the parties will submit a stipulation for the Court's review and approval to certify a class of the *Newman* Plaintiffs' claims.

Dated:  October 23, 2024          McLANE, BEDNARSKI & LITT, LLP

By _____ /s/  Lindsay Battles
Barrett S. Litt
Lindsay Battles
Attorneys for Plaintiffs
Sammy Newman and
Antonio Rincon, individually and
as class representatives

Dated: October 23, 2024          JEFF DOMINIC PRICE JDP PC

By __ /s/ Jeff Dominic Price
Jeff Dominic Price
Attorney for Plaintiff
EDWARD M. MALLOY

Dated:  October 23, 2024          LAWRENCE BEACH ALLEN & CHOI, PC

By _____ /s/  Justin W. Clark
Justin W. Clark[5]
Attorneys for Defendant
County of Los Angeles

_____

[5] As the filer of this Stipulation, I attest that Barrett S. Litt concurs in the content of the Stipulation and has authorized its filing.